DOCUMENTS UNDER SEAL ☐    TOTAL TIME (mins): 29mins

| **MAGISTRATE JUDGE MINUTE ORDER** | DEPUTY CLERK<br>Cindy C. Fan | | REPORTER/LIBERTY RECORDING:<br>Liberty Recorder (10:35-11:04am) | |
|---|---|---|---|---|
| MAGISTRATE JUDGE<br>KANDIS A. WESTMORE | DATE<br>7/14/2025 | | NEW CASE ☐ | CASE NUMBER<br>4:25-mj-70771-MAG-1 |

**APPEARANCES**    (Heard jointly with 4:17-cr-00578-JSW-1)

| DEFENDANT<br>David Clayton Conerly | AGE | CUST<br>Y | P/NP<br>P | ATTORNEY FOR DEFENDANT<br>Michael Shepard | PD. ☐ RET. ☐<br>APPT. ☒ |
|---|---|---|---|---|---|
| U.S. ATTORNEY<br>Emily Dahlke | INTERPRETER | | ☐ FIN. AFFT SUBMITTED | ☒ COUNSEL PROVISIONALLY APPT'D | |
| PROBATION OFFICER | PRETRIAL SERVICES OFFICER<br>Ana Mendoza | DEF ELIGIBLE FOR APPT'D COUNSEL ☐ | PARTIAL PAYMENT OF CJA FEES ☐ | | |

**PROCEEDINGS SCHEDULED TO OCCUR**

| ☒ INITIAL APPEAR<br>12 mins | ☐ PRELIM HRG | ☐ MOTION | ☐ JUGM'T & SENTG | ☐ STATUS<br>☐ TRIAL SET |
|---|---|---|---|---|
| ☒ I.D. COUNSEL<br>3 mins | ☐ ARRAIGNMENT | ☐ BOND HEARING | ☐ IA REV PROB. or or S/R | ☐ OTHER |
| ☐ DETENTION HRG | ☐ ID / REMOV HRG | ☐ CHANGE PLEA | ☐ PROB. REVOC. | ☐ ATTY APPT HEARING |

**INITIAL APPEARANCE**

| ☒ ADVISED OF RIGHTS | ☒ ADVISED OF CHARGES | ☐ NAME AS CHARGED IS TRUE NAME | ☐ TRUE NAME: |
|---|---|---|---|

**ARRAIGNMENT**

| ☐ ARRAIGNED ON INFORMATION | ☐ ARRAIGNED ON INDICTMENT | ☐ READING WAIVED SUBSTANCE | ☐ WAIVER OF INDICTMENT FILED |
|---|---|---|---|

**RELEASE**

| ☐ RELEASED ON O/R | ☐ ISSUED APPEARANCE BOND | AMT OF SECURITY<br>$ | SPECIAL NOTES | ☐ PASSPORT SURRENDERED DATE: |
|---|---|---|---|---|

PROPERTY TO BE POSTED    CORPORATE SECURITY ☐    REAL PROPERTY: ☐
☐ CASH    $

| ☒ MOTION FOR DETENTION | ☒ PRETRIAL SERVICES REPORT | ☐ DETAINED | ☐ RELEASED | ☐ DETENTION HEARING AND FORMAL FINDINGS WAIVED | ☒ REMANDED TO CUSTODY |
|---|---|---|---|---|---|

ORDER REMOVED TO THE DISTRICT OF

**PLEA**

| ☐ CONSENT ENTERED | ☐ NOT GUILTY | ☐ GUILTY | GUILTY TO COUNTS: ☐ |
|---|---|---|---|
| ☐ PRESENTENCE REPORT ORDERED | ☐ CHANGE OF PLEA | ☐ PLEA AGREEMENT FILED | OTHER: |

**CONTINUANCE**

| TO:<br>7/28/2025 | ☒ ATTY APPT HEARING | ☐ BOND HEARING | ☐ STATUS RE: CONSENT | ☐ TRIAL SET |
|---|---|---|---|---|
| AT:<br>10:30 AM | ☒ SUBMIT FINAN. AFFIDAVIT | ☐ PRELIMINARY HEARING _____ | ☐ CHANGE OF PLEA | ☒ STATUS RE: PRELIM. HRG/ ARRAIGNMENT |
| BEFORE HON.<br>Judge Westmore | ☒ DETENTION HEARING | ☐ ARRAIGNMENT | ☐ MOTIONS | ☐ JUDGMENT & SENTENCING |
| ☒ TIME WAIVED | ☒ TIME EXCLUDABLE UNDER 18 § USC 3161 | ☐ IDENTITY / REMOVAL HEARING | ☐ PRETRIAL CONFERENCE | ☐ PROB/SUP REV. HEARING |

**ADDITIONAL PROCEEDINGS**

DPPA advised. Mr. Shepard provisionally appointed as counsel for DEF. PTS to conduction interviews and provide an updated pretrial services report. cc: USMS

DOCUMENT NUMBER: